**Roger CAPPS, Appellant,**

**v.**

**Joan MAYBERRY, Respondent.**

**No. WD 50945.**

Missouri Court of Appeals,
Western District.

May 7, 1996.

Seth Shumaker, Lancaster, for appellant.

Barry V. Cundiff, Kirksville, Philip Dale Barrett, Kirksville, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

MEMORANDUM DECISION

PER CURIAM.

Roger Capps appeals the circuit court's denial of his petition for restoration in which he asserted that he was in no longer need of a guardian. He contends that the evidence established that his rights should be restored. We disagree and affirm the circuit court's judgment. Discerning no jurisprudential value in publishing an opinion, we issue this memorandum decision. Rule 84.16(b).